UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 12-83-KSF

LEONARD MARTIN                                                                                           PETITIONER

V.                                              **JUDGMENT**

GARY BECKSTROM, WARDEN.                                                               RESPONDENT

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES**:

1. The petition for writ of habeas corpus [DE #1] is **DISMISSED** and the petitioner shall take nothing thereby;

2. This Judgment is **FINAL**;

3. A certificate of appealability **SHALL NOT ISSUE** because the petitioner has failed to present a debatable claim of the denial of a constitutional right;

4. An appeal from this judgment **MAY NOT BE TAKEN** in forma pauperis because it would not be taken in good faith; and

5. This matter is **DISMISSED AND SHALL BE STRICKEN FROM THE ACTIVE DOCKET**.

This June 21, 2013.



Signed By:
_Karl S. Forester_  KSF
**United States Senior Judge**